**Daniel H. Skerritt**, OSB No. 681519
  Direct Dial:  503.802.2024
  Fax:  503.972.3724
  E-Mail:  dan.skerritt@tonkon.com
**Anna K. Sortun**, OSB No. 045279
  Direct Dial:  503.802.2107
  Fax:  503.972.3807
  E-Mail:  anna.sortun@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

       Attorney for Defendants Macgrecov Investments
       Limited and Tritoria Investments Limited


### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### (Portland Division)


| | |
|---|---|
| WILLIAM DAVIS and W.M.D. CONSULTING, LLC, a Nevada limited liability company, | |
| Plaintiffs, | Civil No.  3:13-cv-2119 |
| v. | **NOTICE OF REMOVAL** |
| CASCADE TANKS LLC, an Oregon limited liability company; CASCADE COMPANIES LLC, an Oregon limited liability company; BALUSA HOLDINGS, INC., a Nevada corporation; MACGRECOV INVESTMENTS LIMITED, a Cyprus limited liability company; TRITORIA INVESTMENTS LIMITED, a Cyprus limited liability company; PIETER VAN | |

PAGE 1 – NOTICE OF REMOVAL

DER STAAL, an individual; DWAYNE
DUECK, an individual; PER GUNNAR
RYMER, an individual; JOHN DOE Nos. 1
through 5; and JOHN DOE COMPANY
Nos. 1 through 5,

            Defendants.

      PLEASE TAKE NOTICE THAT defendants Macgrecov Investments Limited and

Tritoria Investments Limited ("Foreign Defendants") and Cascade Tanks LLC, Cascade

Companies LLC, Balusa Holdings, Inc. and Pieter van der Staal ("Domestic Defendants")

(together "Defendants") hereby remove this action from the Circuit Court of the State of Oregon

for the County of Multnomah to the United States District Court for the District of Oregon. This

Notice of Removal demonstrates the following grounds for removal:

      1.     The Foreign Defendants and the Domestic Defendants are all the active

named defendants in an action filed in the Circuit Court for the State of Oregon, Multnomah

County, Case No. 1303-03092, by plaintiffs William Davis and and W.M.D. Consulting, LLC

("Plaintiffs"). Defendants Dwayne Dueck and Per Gunnar Rymer were dismissed by a limited

judgment entered by the state court on June 20, 2013. The state court Complaint is attached

hereto as **Exhibit A**.

      2.     Removal is authorized pursuant to 9 U.S.C. §§ 203 and 205 because the

state court action relates to an arbitration agreement falling under the Convention on the

Recognition and Enforcement of Foreign Arbitral Awards.

      3.     Attached as **Exhibit B** is a copy of the Stock Buy-Sell Agreement dated as

of January 2, 2011, among the Foreign Defendants and plaintiff W.M.D. Consulting, LLC.

Section 10.15 provides for arbitration under the jurisdiction of the courts of Cyprus. The Foreign

Defendants are organized under the laws of Cyprus. Plaintiffs have conceded that the arbitration

provision in the Stock Buy-Sell Agreement is governed by Chapter Two of the Federal

PAGE 2 – NOTICE OF REMOVAL

Arbitration Act, which implements the Convention on the Recognition and Enforcement of Foreign Arbitral Awards.

4.     Removal is timely under 9 U.S.C. § 205 because it is before the time of trial in the state court action.

5.     Removal venue lies in this Court because Plaintiffs' action was filed and is pending in this District.

6.     Attached as **Exhibit C** is a docket report for the state court action listing the process, pleadings and orders that have been filed or rendered in the action.   Due to the large volume of filings,  Defendants will coordinate with the Court to arrange for an efficient transmission of the state court file.

7.     Promptly upon filing this Notice of Removal, Defendants will provide written notice to Plaintiffs and file a copy of this Notice of Removal with the Clerk of the Multnomah County Circuit Court.

8.     By filing this Notice of Removal and removing this case, Defendants do not waive, but rather expressly preserve any and all defenses.  Foreign Defendants expressly preserve their defense that personal jurisdiction over them is lacking in Oregon.

9.     This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.  The undersigned have read this Notice of Removal, and to the best of the undersigneds' knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

/ / /

/ / /

/ / /

/ / /

PAGE 3 – NOTICE OF REMOVAL

WHEREFORE, Defendants hereby remove the above-captioned state court action pending in Multnomah County Circuit Court to the United States District Court for the District of Oregon, where it shall proceed.

DATED this 27th day of November, 2013.

TONKON TORP LLP

By _____ */s/ Anna K. Sortun* _____
    Daniel H. Skerritt, OSB No. 681519
      Direct Dial: 503.802.2024
      Fax: 503.972.3724
      E-Mail: dan.skerritt@tonkon.com
    Anna K. Sortun, OSB No. 045279
      Direct Dial: 503.802.2107
      Fax: 503.972.3807
      E-Mail: anna.sortun@tonkon.com

    Attorneys for Defendants Macgrecov Investments Limited and Tritoria Investments Limited

GREENE & MARKLEY P.C.

By _____ */s/ S. Ward Greene* _____
    S. Ward Greene, OSB No. 774131
      Direct Dial: 503.295.2668
      Fax: 503.224.8434
      E-Mail: ward.greene@greenemarkley.com

    Attorney for Defendants Cascade Tanks LLC, Cascade Companies LLC and Balusa Holdings, Inc.

PARSONS FARNELL & GREIN LLP

By _____ */s/ Charles J. Paternoster* _____
    Charles J. Paternoster, OSB No. 024186
      Direct Dial: 503.222.1812
      Fax: 503.274.7979
      E-Mail: cpaternoster@pfglaw.com

    Attorney for Defendant Pieter van der Staal

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL** on:

David Markowitz
Shannon Armstrong
Matt Donohue
Markowitz & Herbold, et al.
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204
    Attorneys for Plaintiffs

Charles J. Paternoster
Parsons Farnell & Grein LLP
1030 SW Morrison Street
Portland, OR  97205
    Attorney for Defendant Pieter van der Staal

S. Ward Greene
Greene &Markley P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR  97201
    Attorney for Defendants Cascade Tanks
    LLC, Cascade Companies LLC and Balusa
    Holdings, Inc.

☐    by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below;

☑    by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☑    by causing a copy thereof to be e-mailed to said attorneys at their last-known email addresses on the date set forth below;

☐    by causing a copy thereof to be hand-delivered to said attorney at his last-known office address on the date set forth below;

☐    by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below.

DATED this 27th day of November, 2013.

TONKON TORP LLP

By_____ */s/ Anna K. Sortun*_____
    Daniel H. Skerritt, OSB No. 681519
    Anna K. Sortun, OSB No. 045279
    Attorney for Defendants Macgrecov Investments
    Limited and Tritoria Investments Limited